UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JERRY D. GRAYS,

                              **Plaintiff,**

v.                                                      13-CV-532(Sr)

D. MCGRAIN, et al.,

                              **Defendants.**
_____

## DECISION AND ORDER

        Plaintiff commenced this action, *pro se*, alleging that on August 31, 2011, correction officers at Elmira Correctional Facility assaulted him, denied him timely medical care for injuries sustained in the assault, and threatened him to prevent him from pursuing a grievance regarding the incident.  Dkt. #1; Dkt. #33.

        This Court has reviewed *in camera* the DOCCS Office of Special Investigations' case file relating to plaintiff's alleged assault and subsequent medical treatment, and determined that the documents are relevant and that production of the file, subject to certain redactions, would not disrupt or interfere with prison discipline or procedures.  The Office of Special Investigations ("OSI") has requested that the Office of the Attorney General ("OAG") "coordinate" with OSI if the file needs to be released to any person or entity other than this Court.

Consistent with the foregoing, the OAG shall confer with OSI prior to the settlement conference scheduled on June 6, 2016, at which time this Court will authorize the release of the OSI case file to plaintiff, subject to the redaction of all DIN numbers assigned to any inmate other than the plaintiff.

**SO ORDERED.**

DATED:    Buffalo, New York
         April 1, 2016

                                         _s/ H. Kenneth Schroeder, Jr._
                                         **H. KENNETH SCHROEDER, JR.**
                                         **United States Magistrate Judge**